**TENTH CIRCUIT TRANSCRIPT ORDER FORM – DIRECTIONS ON REVERSE SIDE (Revised 2/2024)**

### PART I – Case Information and Contact Information

Case Name: United States of America v. Clinton Chukwudi Uchendu   District Court Case Number: 2:22-CR-00160-JNP-2
District Court: Select One  District of Utah   Circuit Court Appeal Number: 24-4082
Name of Attorney/Pro Se Party Completing this Form: Kimberly Alderman Penix (CJA)
Name of Law Firm/Office: Alderman Law Office
Address: P.O. Box 847
Phone: (720) 588-3529   Email: klpenix@aldermanlawfirm.com
Attorney For: Defendant-Appellant Clinton Chukwudi Uchendu

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
SEP 1 0 2024
GARY A. SERBAR
CLERK OF COURT
BY _____
DEPUTY CLERK

### PART II – Complete one section below to indicate whether you are ordering transcripts.

☐ I am not ordering a transcript because (check one):
　☐ a transcript is not necessary for this appeal;
　☐ the necessary transcript is already on file in the district court; or
　☐ the necessary transcript was ordered previously in appeal number _____.

☑ I hereby order the following transcript(s) from _____Laura Robinson_____ (name of court reporter). One form may be used to order multiple transcripts from the same court reporter, but **separate forms must be filed for each reporter** from whom transcripts are ordered. **Be specific if ordering partial transcripts** (e.g., voir dire).

| Name of Proceeding | Date of Proceeding | Dist. Ct. Doc. No. | Delivery (30-, 14-, 7-, 3-Day or Daily) |
|---|---|---|---|
| Motion Hearing | 10/24/2023 | 163 | 30-Day |
| Sentencing | 07/22/2024 | 262 | 30-Day |
|  |  |  | Select One |
|  |  |  | Select One |
|  |  |  | Select One |
|  |  |  | Select One |
|  |  |  | Select One |

### PART III – Choose the manner of payment for the transcript(s) ordered.

☐ This case is **NOT** proceeding under the Criminal Justice Act. I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript(s) ordered on this form, and **I understand that I must make satisfactory payment arrangements with the court reporter(s) before work to prepare the transcript will begin.**

☑ This case **IS** proceeding under the Criminal Justice Act, and (check one):
　☐ I am a Federal Public Defender. The Defender's Office will pay the cost of the transcript(s).
　☑ I am a CJA Panel Attorney, and I will take all steps required in eVoucher to complete payment arrangements.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

### Part IV – Attorney's/Ordering Party's Certificate of Compliance

I, Kimberly Alderman Penix, certify that I have (1) read the instructions on the reverse of this form; (2) filed copies of this completed form in **both** the U.S. District Court and the Tenth Circuit; and, if ordering transcripts, (3) provided a copy of this completed form to the court reporter(s) and **made satisfactory payment arrangements** for all transcripts I am ordering. **I understand I must send a copy of this form directly to the court reporter(s) in addition to filing it.**

Attorney's/Ordering Party's Signature: /s/ Kimberly Alderman Penix   Date: 9/4/24

### PART V – Court Reporter's Certificate of Compliance (Complete After Payment Arrangements Have Been Made)

| Date Payment Arrangements Made | Estimated Completion Date | Number of Pages | Date(s) of Hearing(s)/Proceeding(s) |
|---|---|---|---|
| Sept. 10, 2024 | Oct. 10, 2024 | 120 | 10/24/23, 7/22/24 |

I, _____, certify that (1) I have read the instructions on the reverse side; (2) adequate payment arrangements have been made; (3) I will provide a copy of this completed form to the Tenth Circuit Clerk's Office; and (4) I will provide any required notice to the U.S. District Court Clerk's Office.

Signature of Court Reporter: /Laura Robinson/   Date: Sept 10, 2024